UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY DUGGER,<br><br>                    Plaintiff,<br><br>        v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>                    Defendants. | No.  2:23-cv-1057 DC AC P<br><br><br>ORDER |

Plaintiff, a former federal prisoner proceeding pro se, has filed a motion for clarification and for an extension of time to submit service paperwork.  ECF No. 10.  Plaintiff seeks clarification as to whether his <u>Bivens</u> claims are pending or have been dismissed.  <u>Id.</u> at 3-4.

Plaintiff's request for an additional twenty-one days to complete and return the necessary service paperwork will be granted.  However, the court cannot advise him on how to complete the paperwork other than to direct him to follow the directions on the forms or seek assistance from an attorney.  Plaintiff is informed that, in this court's experience, initial attempts to serve prison employees are generally made at their place of employment rather than their personal addresses due to the difficulty of inmates and former inmates in obtaining personal addresses.  If attempts to serve a defendant at their place of employment are unsuccessful, additional service information may be required at that time.

////

1

With respect to plaintiff's request for clarification regarding the status of the case, the undersigned screened the complaint and found that plaintiff had sufficiently stated a claim for relief under Bivens against defendants Thompson, Bouleware, Brown, and Allred, as well as a claim under the Federal Tort Claims Act against the United States. ECF No. 7. In other words, the case will proceed on those claims once plaintiff returns the necessary service paperwork and defendants are served. It was recommended that plaintiff's Americans with Disabilities Act and Rehabilitation Act claims against all defendants and state law claims against defendants Thompson, Bouleware, Brown, and Allred be dismissed. Id. The recommendation that those claims be dismissed is still pending.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 10) is GRANTED. Plaintiff has twenty-one days from the service of this order to return the necessary service paperwork.

2. Plaintiff's motion for clarification (ECF No. 10) is GRANTED to the extent clarification has been provided above.

DATED: May 12, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE