UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY DUGGER,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>        Defendants. | No. 2:23-cv-01057-DC-AC (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS<br><br>(ECF No. 7) |

Plaintiff, a former federal inmate proceeding *pro se*, filed this civil rights action under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), the Federal Tort Claims Act, the Americans with Disabilities Act, the Rehabilitation Act, and state law. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 29, 2025, the magistrate judge filed findings and recommendations herein that were served on Plaintiff and contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. (ECF No. 7.) Plaintiff has not filed objections to the findings and recommendations.

/////

/////

/////

1

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 7) are ADOPTED in full;
2. Plaintiff's Americans with Disabilities Act and Rehabilitation Act claims against all Defendants are dismissed without leave to amend;
3. Plaintiff's state law claims against Defendants Thompson, Bouleware, Brown, and Allred are dismissed without leave to amend;
4. This case proceeds on Plaintiff's Eighth Amendment claim for inadequate medical care against Defendants Thompson, Bouleware, Brown, and Allred and on Plaintiff's claim under the Federal Tort Claims Act against the United States of America; and
5. This matter is referred back to the assigned magistrate judge for all further pretrial proceedings.

IT IS SO ORDERED.

Dated:   **August 18, 2025**

Dena Coggins
United States District Judge

2