UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY DUGGER, | No.  2:23-cv-1057 DC AC P |
| Plaintiff, | |
| v. | ORDER |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

On January 16, 2026, defendant United States filed a motion to dismiss.  ECF No. 30. Plaintiff has not opposed the motion.  Good cause appearing, IT IS HEREBY ORDERED that within twenty-one days after the filing date of this order, plaintiff shall file and serve an opposition to the motion to dismiss or a statement of non-opposition.  Failure to comply with this order will result in a recommendation that this action be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

DATED:  March 11, 2026.

_Allison Claire_

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1