UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY DUGGER,

        Plaintiff,

    v.

UNITED STATES OF AMERICA, et al.,

        Defendants.

No.  2:23-cv-1057 DC AC P

ORDER TO SHOW CAUSE

By order filed July 31, 2025, the court ordered service on defendants.  ECF No. 15.  On November 25, 2025, service on defendant Thompson was returned unexecuted because Thompson had retired and no alternative address had been found.  ECF No. 23.  On November 28, 2025, service on defendant Allred was returned unexecuted for the same reason.  ECF No. 25. On December 4, 2025, plaintiff was ordered to provide additional information to serve Thompson or show good cause why he could not within sixty days.  ECF No. 26.  On December 8, 2025, a similar order was issued with respect to service on Allred.  ECF No. 28.  The time to provide additional service information for both defendants Thompson and Allred or to show good cause why such information could not be provided has now passed, and plaintiff has not provided additional information, explained why he cannot provide such information, or otherwise responded to the court's orders.  Plaintiff will therefore be required to show cause why defendants Thompson and Allred should not be dismissed for failure to effect timely service.  See Fed. R.

1

Civ. P. 4(m) (when a defendant has not been served within ninety days after the complaint is filed the court must dismiss the action against that defendant unless plaintiff can show good cause for the failure).

Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the service of this order, plaintiff shall show cause in writing why defendants Thompson and Allred should not be dismissed for failure to effect timely service.  Failure to respond or to show good cause for the failure to effect timely service will result in a recommendation that these defendants be dismissed. See Fed. R. Civ. P. 4(m).

DATED: March 23, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2