UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY DUGGER,

  Plaintiff,

  v.

UNITED STATES OF AMERICA, et al.,

  Defendants.

No.  2:23-cv-1057 DC AC P

ORDER

Defendants the United States of America, Boulware, and Brown have filed a motion to compel responses to written discovery.  ECF No. 38.  However, this is a prisoner case (see Local Rule 101) and no discovery and scheduling order has yet been entered.  Accordingly, discovery is not yet authorized and motions to compel are premature. The motion to compel will therefore be denied without prejudice.

Defendants are informed that in the event the case survives the pending motions to dismiss (ECF Nos. 30, 35) and defendants file an answer, the court will issue a discovery and scheduling order.  Until then, requests for discovery and motions to compel are premature.

Accordingly, IT IS HEREBY ORDERED that defendants' motion to compel (ECF No.

////

////

////

1

38) is DENIED WITHOUT PREJUDICE as PREMATURE.  The hearing set for May 6, 2026, is VACATED.

DATED:  March 26, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE