UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY DUGGER, | No. 2:23-cv-1057 DC AC P |
| Plaintiff, | |
| v. | ORDER |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

Plaintiff, a former federal inmate proceeding pro se, has requested that this action be dismissed. ECF No. 43. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored. Accordingly, IT IS HEREBY ORDERED that this action is dismissed, the pending motions to dismiss (ECF Nos. 30, 35) are DENIED as MOOT, the order to show cause (ECF No. 37) is DISCHARGED, and the clerk of the court is directed to CLOSE this case.

DATED: May 26, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1